UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MOHAMED ABDALLA MAHMOUD, | Case No. 2:22-cv-00615-APG-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STEVE SISOLAK, *et al.*, | |
| Defendants. | |

On February 2, 2023, *pro se* Plaintiff Mohamed Mahmoud ("Plaintiff") filed a motion (ECF No. 12) requesting an Arabic interpreter be present at the mediation conference that will take place on **April 28, 2023,** at **8:30 a.m., via video conference**. Plaintiff claims that he needs an interpreter to help him understand medical and legal terms that could arise during the mediation. For good cause shown, the Court grants Plaintiff's motion (ECF No. 12) and directs **the inmate mediation coordinator** to provide an Arabic interpreter for the mediation conference on April 28, 2023.

For the foregoing reasons, it is ordered that Plaintiff's motion (ECF No. 12) is granted.

DATED THIS 7th day of February 2022.

_____
UNITED STATES MAGISTRATE JUDGE