UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>  Plaintiff<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>  Defendants | Case No.: 2:22-cv-00615-APG-VCF<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 30] |

I ORDER that plaintiff Mahomed Mahmoud's motion to extend time **(ECF No. 30) is GRANTED**. Mahmoud's reply in support of his motion for reconsideration is due by **July 17, 2023**.

DATED this 20th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE