**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MOHAMED MAHMOUD,

        Plaintiff(s),

v.

STEVE SISOLAK, et al.,

        Defendant(s).

2:22-cv-00615-APG-VCF

**ORDER**

Before the court are Plaintiff's motion to replace defendant cause of death (ECF No. 31) and motion to proceed the cause and moot the previous motion to stay (ECF No. 38).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on Plaintiff's motion to replace defendant cause of death (ECF No. 31) and motion to proceed the cause and moot the previous motion to stay (ECF No. 38), is SCHEDULED for 10:00 AM, September 12, 2023.

IT IS FURTHER ORDERED that the Nevada Attorney General's office, will make the necessary arrangements for plaintiff Mahmoud to appear by video conference.  Plaintiff may appear by telephone, if video conference is not possible at his facility. Taylor Rivich, Esq. must coordinate with Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov regarding this arrangement by noon, September 11, 2023.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, September 11, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 11th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE