UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>    Plaintiff<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>    Defendants | Case No.: 2:22-cv-00615-APG-VCF<br><br>**Order Denying Motion for Reconsideration**<br><br>[ECF Nos. 25, 37] |

I previously denied plaintiff Mohamed Mahmoud's motion for preliminary injunction. ECF No. 24. Mahmoud now moves for reconsideration of my order. ECF Nos. 25, 37. Mahmoud does not offer sufficient reasons for me to change my mind. And, it appears that he has now received the materials that were the subject of his original motion. ECF No. 37 at 1 ("Sgt. Estill agreed to allow the plaintiff to inventory and receive[] most of his property.").

I THEREFORE ORDER that the motions for reconsideration **(ECF Nos. 25, 37) are denied**.

DATED this 9th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE