CLARK HILL PLLC
TIFFANY SOLARI
Nevada Bar No. 16003
Email: tsolari@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorney for Plaintiff, Mohamed Abdalla Mahmoud*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE SISOLAK, ET AL.,<br>Defendant. | CASE NO. 2:22-CV-00615-APG-MDC<br><br>**ORDER ON JOINT STIPULATION REPORT** |

Plaintiff Mohamed Mahmoud, by and through counsel Tiffany Solari, Esq., and Defendant Gregory Bryan, by and through counsel Janet Merrill, Esq., and Nathan Claus, Esq., respectfully submit this Joint Stipulation Report.

On March 7, 2024, Tiffany Solari, Esq. was appointed as pro bono counsel for Plaintiff Mahmoud for the limited purpose of assisting with Plaintiff's "substitution of parties" issue relating to the death of named Defendant Gregory Martin. ECF No. 59. The Court ordered the Parties to file a Joint Stipulation Report to inform the Court on the substitution of parties issue by April 24, 2024. *Id*., at 2:3 to 4.

On April 3, 2024, Ms. Solari and Ms. Merrill engaged in a telephone conference to discuss the substitution of Gregory Martin (deceased). Ms. Merrill represented that no estate/probate records had been located in the Eighth Judicial District Court for Mr. Martin. Ms. Solari requested defense counsel disclose Mr. Martin's date of birth and last known address so that Plaintiff's office could investigate further and attempt to find whether Mr. Martin had assets or a trust in existence. Ms. Merrill indicated she was willing to disclose the information under a protective order. Thereafter, defense counsel sent Ms. Solari a protective order on or about April 8, 2024. The

1

Parties exchanged emails and engaged in a subsequent telephone conversation regarding the language of the protective order on April 15, 2024. After agreement, the protective order was filed and submitted to the Court for review and signature. ECF No. 61. The Order was granted on April 19, 2024. *Id*.

On April 22, 2024, defense counsel provided Mr. Martin's birthdate and last known addresses (specifically subject to the protective order) to discover whether any assets, next of kin, or trust documents exist that could be relevant for the substitution issue.

Ms. Solari also notes several other doe defendants need to be substituted. Ms. Merrill kindly shared a copy of Defendant's Initial Disclosures, containing 892 documents, with Ms. Solari. Ms. Solari will endeavor to review the discovery to see if the identities of John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7, John Doe 9, and Jane Doe 1 can be ascertained so that as many defendants as possible can be substituted at the same time.

The parties request another 60 day stay to complete the above tasks.

DATED this 23rd day of April, 2024.

CLARK HILL PLLC

 */s/ Tiffany Solari*
TIFFANY SOLARI
Nevada Bar No. 16003
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300

*Pro Bono Attorney for Plaintiff,*
*Mohamed Abdalla Mahmoud*

DATED this 23rd day of April, 2024.

AARON D. FORD
Attorney General

*/s/ Janet L. Merrill*
JANET L. MERRILL
Nevada Bar No. 10736
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
Tel: (702) 486-3370

*Attorney for Defendant*
*Gregory Bryan*

IT IS SO ORDERED. A Stipulation regarding the status of this case is due June 25, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5/16/24

2