AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3736 (fax)
Email: nclaus@ag.nv.gov
*Attorneys for Defendant Gregory Bryan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED MAHMOUD<br><br>Plaintiff,<br><br>v.<br><br>STEVE SISOLAK, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00615-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Mohamed Mahmoud and Defendant Gregory Bryan,[1] by and through their respective counsels, hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 24th of October, 2024.

CLARK HILL PLLC

*/s/ Tiffany Solari*
TIFFANY SOLARI (Bar No. 16003)
*Pro Bono Attorney for Plaintiff,*
*Mohamed Abdalla Mahmoud*

DATED this 24th of October, 2024.

AARON D. FORD
Attorney General

/s/ *Nathan M. Claus*
NATHAN CLAUS (Bar No. 15889)
*Attorney for Defendant*
*Gregory Bryan*

IT IS SO ORDERED:

Dated: October 29, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Gregory Bryan was identified as Dr. Brian Prayn in the complaint. See ECF No. 27. (Notice regarding acceptance of service).